IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANDRE GREGORY WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-150 |
| | ) | |
| ROBERT A. McDONALD, | ) | |
| Secretary of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and having reviewed the Rule 26(f) Report and the Motion to Stay Discovery, the Court hereby **GRANTS** the parties' joint request to stay discovery, (doc. no. 16), pending a ruling by the presiding District Judge on Defendant's motion to dismiss, (doc. no. 13). In the event the motion to dismiss is denied, the parties shall file within seven days of the ruling a supplemental Rule 26(f) Report containing proposed, date-certain deadlines for the completion of all discovery and filing civil motions.

SO ORDERED this 18th day of March, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA